**In re CONTINENTAL INSURANCE COMPANY, As Successor in Interest to Certain Policies Issued by Harbor Insurance Company.**

No. 10–99–066–CV.

Court of Appeals of Texas, Waco.

April 26, 2000.

Katherine A. Grossman, Jarrett Coleman, James W. Walker, Cozen & O'Connor, P.C., Dallas, Alfred Mackenzie, Haley Davis, P.C., Waco, for appellant.

Roy L. Barrett, Keith C. Cameron, Naman, Howell, Smith & Lee, P.C., Waco, for appellee.

**53.** *Roark v. Allen,* 633 S.W.2d 804, 809 (Tex. 1982).

**54.** *See* Tex.R. Civ. P. 45.

**55.** *See* Tex.R. Civ. P. 79.

Before: Chief Justice DAVIS, and Justices VANCE and GRAY.

## MEMORANDUM OPINION

PER CURIAM.

Pursuant to the Order of the Supreme Court[1], the judgment[2] of this Court granting the petition for writ of mandamus in the above-styled and numbered cause is withdrawn. The petition for writ of mandamus is denied.

---

1. *In re Union Pacific Resources, Co.,* 22 S.W.3d 338 (Tex. 1999).

2. *In re Continental Ins. Co.,* 990 S.W.2d 941 (Tex.App.—Waco, orig.proceeding), *reh'g denied,* 994 S.W.2d 423 (Tex.App.—Waco 1999).